**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6429**

———————

UNITED STATES OF AMERICA,

                                Plaintiff - Appellee,

    versus

GEROME MONTREAL RANDALL,

                                Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Malcolm J. Howard, District Judge.  (CR-95-58, CA-00-200-4-H)

———————

Submitted:  July 19, 2002          Decided:  August 5, 2002

———————

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Gerome Montreal Randall, Appellant Pro Se.  John Stuart Bruce, United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerome Montreal Randall seeks to appeal the district court's order granting the Government's motion to dismiss his 28 U.S.C.A. § 2255 (West Supp. 2002) motion.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. <u>United States v. Randall</u>, Nos. CR-95-58; CA-00-200-4-H (E.D.N.C. Apr. 3, 2001).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Randall's due process claim is meritless because he cannot establish his rights were violated by the jury's use of a general verdict to convict him of drug crimes involving only one type of controlled substance.

2